# STATE BOARD OF LAW EXAMINERS v. JOHN A. GIANTVALLEY.[1]

November 14, 1913.

Nos. 18,254—(18).

**Suspension of attorney.**

An attorney at law suspended from practice for one year because of conviction of violation of R. L. 1905, § 5166, prohibiting the publication of advertisements soliciting divorce business. [Reporter.]

Charges against defendant, one of which was conviction of a misdemeanor involving moral turpitude, to-wit: The crime of advertising and soliciting for divorce business, were filed in this court. Objections to the sufficiency of the accusation were overruled. Thereupon a plea of not guilty was entered. The testimony was taken and reported to the court. Suspended from practice for one year.

*James E. Jenks,* for petitioner.

*Percy D. Godfrey,* for defendant.

Per Curiam.

The State Board of Law Examiners made charges against the defendant and asked his disbarment. Defendant answered, and testimony was taken before a referee and reported to the court. The matter was duly heard. The court finds defendant guilty, in that he was convicted of a misdemeanor involving moral turpitude, to-wit: Causing the publication of advertisements soliciting divorce business in violation of R. L. 1905, § 5166. It is ordered that defendant be suspended from practice as an attorney-at-law in the courts of this state for a period of one year from the filing hereof.

[1] Reported in 143 N. W. 1135.

Note.—On the question of advertising as ground for disbarment of attorney, see note in 33 L.R.A.(N.S.) 941.